| Prob 22 (10/2007) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 16-CR-0134-CVE |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Jeffrey Allen Stevens | DISTRICT Northern District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Claire V. Eagan, United States District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM 6/5/2018 / TO 6/4/2021 |

**OFFENSE**

18 U.S.C. § 875 (c) Interstate Communication With Intent to Injure

*FILED*

*JUL 31 2018*

*Mark C. McCartt, Clerk*
*U.S. DISTRICT COURT*

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF CONNECTICUT upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-10-18
_____
Date

_____
United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-26-18
_____
Date

/s/ Judge Janet C. Hall
_____
United States District Judge

LC–2,RELEASED,TRANSF

# U.S. District Court
# U.S. District Court for the Northern District of Oklahoma (Tulsa)
# CRIMINAL DOCKET FOR CASE #: <u>4:16–cr–00134–CVE</u>–1

Case title: USA v. Stevens
Other court case number:  16–mj–490–SALM District of Connecticut
Magistrate judge case number:  4:16–mj–00186–TLW

Date Filed: 11/07/2016
Date Terminated: 04/17/2017

Assigned to: Judge Claire V Eagan

Appeals court case number:
17–5044 (#56) 10th Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Jeffrey Allen Stevens**<br>*TERMINATED: 04/17/2017*<br>*previously named as*<br>Jeffrey A Stevens<br>*TERMINATED: 04/17/2017* | represented by | **Barry L Derryberry**<br>Federal Public Defender's Office (Tulsa)<br>1 W 3rd St STE 1225<br>TULSA, OK 74103<br>918–581–7656<br>Fax: 918–581–7630<br>Email: <u>barry.derryberry@fd.org</u><br>*TERMINATED: 03/23/2018*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |
| | | **William Patrick Widell , Jr**<br>Federal Public Defender's Office (Tulsa)<br>1 W 3rd St STE 1225<br>TULSA, OK 74103<br>918–581–7656<br>Fax: 918–581–7630<br>Email: <u>william_widell@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:875(c) – INTERSTATE COMMUNICATIONS WITH INTENT TO INJURE<br>(1–3) | BOP: 12 months per count running concurrently each with the other; SR: 36 months per count running concurrently each with the other; SMA: $100 per count. |

| | |
|---|---|
| 18:875(c) – INTERSTATE COMMUNICATIONS WITH INTENT TO INJURE (9–10) | BOP: 12 months per count running concurrently each with the other; SR: 36 months per count running concurrently each with the other; SMA: $100 per count. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:875(c) – INTERSTATE COMMUNICATIONS WITH INTENT TO INJURE (4–8) | Dismissed at Sentencing |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:875(c) Communication of Threats in Interstate Commerce, 18:1512(a)(2) Attempt to influence Testimony of a Witness by Threat of Physical Force | |

**Plaintiff**

| **USA** | represented by | **Allen Johnston Litchfield** |
|---|---|---|
| | | United States Attorney's Office (Tulsa) |
| | | 110 W 7TH ST STE 300 |
| | | TULSA, OK 74119–1013 |
| | | 918–382–2711 |
| | | Fax: 918–560–7947 |
| | | Email: Allen.J.Litchfield@USDOJ.GOV |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Government Attorney (local,state,federal)* |
| | | |
| | | **Robert Trent Shores** |
| | | United States Attorney's Office (Tulsa) |
| | | 110 W 7TH ST STE 300 |
| | | TULSA, OK 74119–1013 |
| | | 918–382–2700 |
| | | Fax: 918–560–7954 |
| | | Email: r.trent.shores@usdoj.gov |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*
*(local,state,federal)*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/06/2016 | 1 | | SEALED COMPLAINT approved by Magistrate Judge T Lane Wilson by USA as to Jeffrey A Stevens (1) (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/06/2016) |
| 10/06/2016 | 2 | | WARRANT Issued by Magistrate Judge T Lane Wilson as to Jeffrey A Stevens (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/06/2016) Contains One or More Restricted PDFs |
| 10/06/2016 | 3 | | MOTION to Seal Case by USA as to Jeffrey A Stevens (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/06/2016) |
| 10/06/2016 | 4 | | ORDER by Magistrate Judge T Lane Wilson , sealing case, ruling on motion(s)/document(s): #3 granted (Re: 3 MOTION to Seal Case ) as to Jeffrey A Stevens (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/06/2016) |
| 10/19/2016 | 5 | | RULE 5 PAPERS from Other District as to Jeffrey A Stevens (jln, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/19/2016) |
| 10/19/2016 | 6 | | SEALED DOCUMENT (jln, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/19/2016) Contains One or More Restricted PDFs |
| 10/19/2016 | 7 | | RULE 5 PAPERS from Other District (Supplement) re: # 5 as to Jeffrey A Stevens (jln, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/19/2016) |
| 10/21/2016 | 8 | | SUMMONS Issued by Court Clerk as to Jeffrey A Stevens (jln, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 10/21/2016) Contains One or More Restricted PDFs |
| 11/07/2016 | 9 | | Oral MOTION to Unseal Case by USA as to Jeffrey A Stevens (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 11/07/2016) |
| 11/07/2016 | 10 | | MINUTES of Proceedings – held before Magistrate Judge Frank H McCarthy: Initial Appearance held on 11/7/2016 , appointing FPD attorney William Patrick Widell, Jr for Jeffrey A Stevens, setting/resetting bond, unsealing case, ruling on motion(s)/document(s): #9 granted as to Jeffrey A Stevens (Re: 9 Oral MOTION to Unseal Case ) (Court Reporter: C1) (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 11/07/2016) |
| 11/07/2016 | 11 | | ORDER by Magistrate Judge Frank H McCarthy , appointing FPD attorney as to Jeffrey A Stevens (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 11/07/2016) |
| 11/07/2016 | 12 | | BOND approved by Magistrate Judge Frank H McCarthy as to Jeffrey A Stevens (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 11/07/2016) |
| 11/07/2016 | 13 | | ORDER by Magistrate Judge Frank H McCarthy , setting conditions of release as to Jeffrey A Stevens (tjc, Dpty Clk) [4:16–mj–00186–TLW] (Entered: 11/07/2016) |
| 11/07/2016 | 14 | | WAIVER of Preliminary Examination or Hearing by Jeffrey A Stevens (tjc, |

| | | | Dpty Clk) [4:16–mj–00186–TLW] (Entered: 11/07/2016) |
|---|---|---|---|
| 11/07/2016 | 15 | | DEFENDANT INFORMATION SHEET(S) by USA as to Jeffrey A Stevens (djh, Dpty Clk) (Entered: 11/08/2016) Contains One or More Restricted PDFs |
| 11/07/2016 | 16 | 11 | INDICTMENT by USA as to Jeffrey A Stevens (1) count(s) 1–10 (djh, Dpty Clk) Modified on 11/21/2016; Defendant's name corrected by interlineation per 20 to reflect the name of Jeffrey Allen Stevens (tjc, Dpty Clk). Modified on 1/6/2017 correcting by interlineation the name of Terance Crutcher to Terence Crutcher per 36 . (djh, Dpty Clk). (Entered: 11/08/2016) |
| 11/07/2016 | 17 | | SUMMONS Issued by Court Clerk as to Jeffrey A Stevens (djh, Dpty Clk) (Entered: 11/08/2016) Contains One or More Restricted PDFs |
| 11/08/2016 | 18 | | SUMMONS Issued by Court Clerk as to Jeffrey A Stevens (jln, Dpty Clk) (Entered: 11/08/2016) Contains One or More Restricted PDFs |
| 11/10/2016 | 19 | | SCHEDULING ORDER by Judge Claire V Eagan , setting/resetting scheduling order date(s): ( Motions due by 11/17/2016, Responses due by 11/23/2016, Pretrial Conference set for 11/28/2016 at 09:30 AM before Judge Claire V Eagan, Jury Instructions, Voir Dire & Trial Briefs due by 12/12/2016, Jury Trial set for 12/19/2016 at 09:15 AM before Judge Claire V Eagan) as to Jeffrey A Stevens (djh, Dpty Clk) (Entered: 11/10/2016) |
| 11/21/2016 | 20 | | MINUTES of Proceedings – held before Magistrate Judge Frank H McCarthy: Arraignment held on 11/21/2016 , correcting defendant's name by interlineation to Jeffrey Allen Stevens and amending all previous filings by interlineation to reflect same, defendant remain/released on conditions, striking/terminating deadline(s)/hearing(s) as to Jeffrey A Stevens (Court Reporter: C1 & Video) (tjc, Dpty Clk) (Entered: 11/21/2016) |
| 11/22/2016 | 21 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Jeffrey Allen Stevens (Widell, William) (Entered: 11/22/2016) |
| 11/22/2016 | 22 | | WAIVER of Speedy Trial by Jeffrey Allen Stevens (Widell, William) (Entered: 11/22/2016) |
| 11/22/2016 | 23 | | MOTION to Waive Defendant's Appearance at Pretrial by Jeffrey Allen Stevens (Widell, William) Modified on 11/23/2016 to change event (sac, Dpty Clk). (Entered: 11/22/2016) |
| 11/23/2016 | | | NOTICE of Docket Entry Modification; Error: wrong event selected (Waiver); Correction: changed event (Motion for Miscellaneous Relief – to Waive Defendant's Appearance) as to Jeffrey Allen Stevens (sac, Dpty Clk) (Entered: 11/23/2016) |
| 11/23/2016 | 24 | | ORDER by Judge Claire V Eagan *(AMENDED) – The previously entered scheduling order dates are STRICKEN and RESET as follows:*, ruling on motion(s)/document(s): #21 granted; #23 moot, setting/resetting scheduling order date(s): ( Motions due by 12/12/2016, Responses due by 12/22/2016, Pretrial Conference set for 1/6/2017 at 09:30 AM before Judge Claire V Eagan, Jury Instructions, Voir Dire & Trial Briefs due by 1/10/2017, Jury Trial set for 1/17/2017 at 09:15 AM before Judge Claire V Eagan) (Re: 21 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) , 23 MOTION to Waive Defendant's Appearance at Pretrial ) as to Jeffrey Allen Stevens (RGG, Chambers) Modified on 11/28/2016 to correct event type (srt, Dpty Clk). |

| | | | |
|---|---|---|---|
| | | | (Entered: 11/23/2016) |
| 11/29/2016 | 25 | | MOTION transportation expenses by Jeffrey Allen Stevens (Widell, William) (Entered: 11/29/2016) |
| 11/30/2016 | 26 | | ORDER by Judge Claire V Eagan – *Granting 25 motion for transportation expenses; directing USMS to provide fare; directing Court Clerk to send copy of order to USMS.*, ruling on motion(s)/document(s): #25 granted (Re: 25 MOTION transportation expenses , 24 Scheduling Order,,,, Ruling on Motion(s)/Document(s),,,, Setting/Resetting Scheduling Order Date(s),,,,,, ) as to Jeffrey Allen Stevens (RGG, Chambers) (Entered: 11/30/2016) |
| 12/01/2016 | | | ***Remark: *copy of dkt #26 put in USM mail tray* (Re: 26 Order,, Ruling on Motion(s)/Document(s),,, ) as to Jeffrey Allen Stevens (srt, Dpty Clk) (Entered: 12/01/2016) |
| 12/01/2016 | 27 | | MOTION in Limine by Jeffrey Allen Stevens (Widell, William) (Entered: 12/01/2016) |
| 12/12/2016 | 28 | | MOTION to Dismiss Indictment/Information/Complaint (Re: 16 Indictment ) by Jeffrey Allen Stevens (With attachments) (Widell, William) (Entered: 12/12/2016) |
| 12/21/2016 | 29 | | ATTORNEY APPEARANCE by Allen Johnston Litchfield on behalf of USA [Note: Attorney Allen Johnston Litchfield added to party USA(pty:pla).] (Litchfield, Allen) (Entered: 12/21/2016) |
| 12/22/2016 | 30 | | RESPONSE in Opposition to Motion (Re: 27 MOTION in Limine ) by USA as to Jeffrey Allen Stevens (Shores, Robert) (Entered: 12/22/2016) |
| 12/22/2016 | 31 | | RESPONSE in Opposition to Motion (Re: 28 MOTION to Dismiss Indictment/Information/Complaint ) by USA as to Jeffrey Allen Stevens (Shores, Robert) (Entered: 12/22/2016) |
| 12/27/2016 | 32 | | OPINION AND ORDER by Judge Claire V Eagan , ruling on motion(s)/document(s): #28 denied (Re: 28 MOTION to Dismiss Indictment/Information/Complaint , 16 Indictment ) as to Jeffrey Allen Stevens (RGG, Chambers) (Entered: 12/27/2016) |
| 12/29/2016 | 33 | | NOTICE Of Intent to Offer Evidence Pursuant to Fed.R.Evid. 404(b) by USA as to Jeffrey Allen Stevens (Litchfield, Allen) (Entered: 12/29/2016) |
| 01/03/2017 | 34 | | MOTION in Limine *To Exclude Direct and Indirect References to The First Amendment* by USA as to Jeffrey Allen Stevens (Shores, Robert) (Entered: 01/03/2017) |
| 01/05/2017 | 35 | | RESPONSE (Re: 33 Notice (Other) ) by Jeffrey Allen Stevens (Widell, William) (Entered: 01/05/2017) |
| 01/06/2017 | 36 | | MINUTES of Proceedings – held before Judge Claire V Eagan: Pretrial Conference held on 1/6/2017 , ruling on motion(s)/document(s): #27 granted in part and denied in part, #34 granted in part and denied in part, setting/resetting deadline(s)/hearing(s): ( Pretrial Conference set for 1/6/2017 at 12:00 PM before Judge Claire V Eagan), amending document(s) by interlineation as to Jeffrey Allen Stevens (Re: 27 MOTION in Limine , 34 MOTION in Limine *To Exclude Direct and Indirect References to The First Amendment*, 16 Indictment, |

| | | | |
|---|---|---|---|
| | | | 33 Notice (Other), 30 Response in Opposition to Motion, 35 Response ) (Court Reporter: G. Bloxom) (djh, Dpty Clk) (Entered: 01/06/2017) |
| 01/06/2017 | 37 | | WAIVER of Right to Trial by Jury approved by Judge Claire V Eagan by Jeffrey Allen Stevens (djh, Dpty Clk) (Entered: 01/09/2017) |
| 01/06/2017 | 38 | | PLEA AGREEMENT as to Jeffrey Allen Stevens (djh, Dpty Clk) (Entered: 01/09/2017) |
| 01/06/2017 | 39 | | SEALED PLEA SUPPLEMENT (djh, Dpty Clk) (Entered: 01/09/2017) Contains One or More Restricted PDFs |
| 01/06/2017 | 40 | | PETITION to Enter Plea of Guilty and ORDER Accepting Plea by Judge Claire V Eagan as to Jeffrey Allen Stevens (djh, Dpty Clk) (Entered: 01/09/2017) |
| 01/06/2017 | 41 | | MINUTES of Proceedings – held before Judge Claire V Eagan: Change of Plea Hearing held on 1/6/2017 *as to Counts 1−3, 9 & 10 of the Indictment*, setting/resetting deadline(s)/hearing(s): ( Sentencing set for 4/14/2017 at 09:00 AM before Judge Claire V Eagan), guilty plea entered as to Jeffrey Allen Stevens (Re: 38 Plea Agreement, 39 Sealed Plea Supplement, 40 Petition to Enter Plea of Guilty, 16 Indictment, 37 Waiver of Trial by Jury ) (Court Reporter: G. Bloxom) (djh, Dpty Clk) (Entered: 01/09/2017) |
| 02/27/2017 | 42 | | PRO SE APPEARANCE by Jeffrey Allen Stevens (1) (sc, Dpty Clk) Modified on 3/1/2017**– STRICKEN per  46** (srt, Dpty Clk). (Entered: 02/27/2017) |
| 02/27/2017 | 43 | | MOTION to Withdraw Plea Based on Ineffective Assistance of Counsel Pursuant to 28 U.S.C. 2255 by Jeffrey Allen Stevens (1) (sc, Dpty Clk) Modified on 3/1/2017**– STRICKEN per  46** (srt, Dpty Clk). (Entered: 02/27/2017) |
| 02/27/2017 | 44 | | MOTION to Dismiss Indictment by Jeffrey Allen Stevens (1) (sc, Dpty Clk) Modified on 3/1/2017**– STRICKEN per  46** (srt, Dpty Clk). (Entered: 02/27/2017) |
| 02/27/2017 | 45 | | SEALED DOCUMENT (sc, Dpty Clk) (Entered: 02/28/2017) Contains One or More Restricted PDFs |
| 02/28/2017 | 46 | | ORDER by Judge Claire V Eagan , striking/withdrawing document(s) (Re: 44 MOTION to Dismiss Indictment , 43 MOTION to Withdraw Plea Based on Ineffective Assistance of Counsel Pursuant to 28 U.S.C. 2255 , 42 Appearance – Pro Se ) (Documents Terminated: 43 MOTION to Withdraw Plea Based on Ineffective Assistance of Counsel Pursuant to 28 U.S.C. 2255 , 44 MOTION to Dismiss Indictment , 42 Appearance – Pro Se ) as to Jeffrey Allen Stevens (1) (RGG, Chambers) (Entered: 02/28/2017) |
| 03/14/2017 | 47 | | MINUTE ORDER by Judge Claire V Eagan *: It is hereby ordered that the 4/14/17 Sentencing is moved to a later time BUT REMAINS ON THE SAME DATE. Sentencing is reset for 4/14/2017 at 09:30 AM before Judge Claire V Eagan as to Jeffrey Allen Stevens.*, setting/resetting sentencing: ( Sentencing set for 4/14/2017 at 09:30 AM before Judge Claire V Eagan) as to Jeffrey Allen Stevens (1)  (This entry is the Official Order of the Court. No document is attached.) (djh, Dpty Clk) (Entered: 03/14/2017) |
| 03/29/2017 | 48 | | OBJECTION to Presentence Investigation Report by Jeffrey Allen Stevens (Widell, William) (Entered: 03/29/2017) |

| 03/31/2017 | 49 | | SENTENCING MEMORANDUM as to Jeffrey Allen Stevens (Widell, William) (Entered: 03/31/2017) |
|---|---|---|---|
| 03/31/2017 | 50 | | MOTION for Nonguideline Sentence (Variance) by Jeffrey Allen Stevens (Widell, William) (Entered: 03/31/2017) |
| 04/05/2017 | 51 | | RESPONSE in Opposition to Motion (Re: 50 MOTION for Nonguideline Sentence (Variance) ) by USA as to Jeffrey Allen Stevens (Shores, Robert) (Entered: 04/05/2017) |
| 04/14/2017 | 52 | | MINUTES of Proceedings – held before Judge Claire V Eagan: Sentencing held on 4/14/2017 *as to Counts 1–3, 9 & 10 of the Indictment*, ruling on motion(s)/document(s): #50 granted in part (and denied in part), striking/terminating deadline(s)/hearing(s) as to Jeffrey Allen Stevens (1) (Re: 50 MOTION for Nonguideline Sentence (Variance) , 16 Indictment, 51 Response in Opposition to Motion, 49 Sentencing Memorandum ) (Court Reporter: G. Bloxom) (djh, Dpty Clk) (Entered: 04/14/2017) |
| 04/17/2017 | 53 | 14 | JUDGMENT AND COMMITMENT by Judge Claire V Eagan *as to Counts 1–3 and 9–10 of the Indictment*, entering judgment as to Jeffrey Allen Stevens (1) (djh, Dpty Clk) (Entered: 04/17/2017) |
| 04/20/2017 | 54 | | TRANSCRIPT of Proceedings (Unredacted) of Sentencing Hearing held on 04–14–2017 before Judge Claire V Eagan (Court Reporter: Greg Bloxom 918–699–4878) (Pages: 1 – 30). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 52 Minutes of Sentencing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s) as to Jeffrey Allen Stevens (1) (tgb, Crt Rptr) Modified on 7/21/2017 to remove transcript access restriction (sac, Dpty Clk). (Entered: 04/20/2017) |
| 04/24/2017 | 55 | | ATTORNEY APPEARANCE (FPD) by Barry L Derryberry on behalf of Jeffrey Allen Stevens [Note: Attorney Barry L Derryberry added to party Jeffrey Allen Stevens(pty:dft).] (Derryberry, Barry) (Entered: 04/24/2017) |
| 04/24/2017 | 56 | | NOTICE OF APPEAL to Circuit Court (Re: 53 Judgment and Commitment, Entering Judgment ) as to Jeffrey Allen Stevens (Derryberry, Barry) (Entered: 04/24/2017) |
| 04/25/2017 | 57 | | PRELIMINARY RECORD Sent to Circuit Court (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (With attachments) (srt, Dpty Clk) (Entered: 04/25/2017) |
| 04/25/2017 | 58 | | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 17–5044 (#56) (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (sc, Dpty Clk) (Entered: 04/25/2017) |
| 04/28/2017 | 59 | | DESIGNATION of Record on Appeal (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (With attachments) (Derryberry, Barry) (Entered: 04/28/2017) |

| 04/28/2017 | 60 | | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (Derryberry, Barry) (Entered: 04/28/2017) |
| 04/28/2017 | 61 | | ORDER from Circuit Court *Record on appeal due 05/08/2017* (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (sc, Dpty Clk) (Entered: 04/28/2017) |
| 05/01/2017 | 62 | | RECORD on Appeal Sent to Circuit Court (Record includes: 2 volumes) (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (With attachments) (sc, Dpty Clk) (Entered: 05/01/2017) |
| 05/26/2017 | 63 | | MOTION to Set/Reset Bond *Pending Appeal* by Jeffrey Allen Stevens (Derryberry, Barry) (Entered: 05/26/2017) |
| 05/30/2017 | 64 | | MINUTE ORDER by Judge Claire V Eagan −− *ACCELERATING DEADLINE −− USA is directed to file its response to the motion* 63 *no later than close of business on TODAY, May 30, 2017. No reply necessary.*, setting/resetting deadline(s)/hearing(s): ( Responses due by 5/30/2017) (Re: 63 MOTION to Set/Reset Bond *Pending Appeal* ) as to Jeffrey Allen Stevens (1)  (This entry is the Official Order of the Court. No document is attached.) (RGG, Chambers) (Entered: 05/30/2017) |
| 05/30/2017 | 65 | | RESPONSE in Opposition to Motion (Re: 63 MOTION to Set/Reset Bond *Pending Appeal* ) by USA as to Jeffrey Allen Stevens (Shores, Robert) (Entered: 05/30/2017) |
| 05/30/2017 | 66 | | ERRATA/CORRECTION (Re: 65 Response in Opposition to Motion ) by USA as to Jeffrey Allen Stevens (Shores, Robert) (Entered: 05/30/2017) |
| 05/31/2017 | 67 | | OPINION AND ORDER by Judge Claire V Eagan *that Defendant's Motion for Release Pending Appeal (Dkt. # 63) is denied.*, ruling on motion(s)/document(s): #63 denied (Re: 63 MOTION to Set/Reset Bond *Pending Appeal* ) as to Jeffrey Allen Stevens (1) (RGG, Chambers) (Entered: 05/31/2017) |
| 02/06/2018 | 68 | | DECISION from Circuit Court affirming the Decision of the District Court (awaiting mandate) (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (jln, Dpty Clk) (Entered: 02/06/2018) |
| 02/06/2018 | 69 | | DECISION from Circuit Court affirming the Decision of the District Court (awaiting mandate) *(Judgment)* (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (jln, Dpty Clk) (Entered: 02/06/2018) |
| 03/01/2018 | 70 | | MANDATE from Circuit Court (Re: 68 Decision from Circuit Court, 69 Decision from Circuit Court, 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (sc, Dpty Clk) Modified on 3/26/2018  −− RECALLED per 71 (jln, Dpty Clk). (Entered: 03/01/2018) |
| 03/23/2018 | 71 | | ORDER from Circuit Court *recalling Mandate* (Re: 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (jln, Dpty Clk) (Entered: 03/26/2018) |
| 04/06/2018 | 72 | | MANDATE from Circuit Court (Re: 68 Decision from Circuit Court, 69 Decision from Circuit Court, 56 Notice of Appeal to Circuit Court ) as to Jeffrey Allen Stevens (1) (jln, Dpty Clk) (Entered: 04/06/2018) |

| 07/31/2018 | 73 | 10 | TRANSFER by Judge Claire V Eagan of Jurisdiction of Probationer or Supervised Releasee to District of USDC Connecticut as to Jeffrey Allen Stevens (1) (sc, Dpty Clk) (Entered: 07/31/2018) |
|---|---|---|---|

FILED

NOV 0 7 2016

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **1 6 CR 1 3 4 CVE** |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [COUNTS 1 through 10: 18 U.S.C. § |
| v. | ) | 875(c): Interstate Communications |
| | ) | With Intent to Injure] |
| JEFFREY A. STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

## COUNTS ONE THROUGH TEN
[18 U.S.C. § 875(c)]

At all times relevant to this Indictment:

### INTRODUCTION

1.     On or about September 16, 2016, Tulsa Police Officer Betty Shelby shot and killed Terrance Crutcher, an adult black male and resident of Tulsa, Oklahoma.   As a result, the Tulsa World, national news organizations, local news affiliates, and multiple social media outlets discussed, reported, and otherwise opined about the facts and circumstances surrounding the fatal shooting.

2.     The Tulsa Police Department (TPD) maintained and operated a website, https://www.tulsapolice.org, that contained a link to TPD's Internal Affairs Investigations Division, https://www.tulsapolice.org/content/tpd-citizen-complaint.aspx, where a person could complete and file a citizen's complaint using an online form.   That form provided a place to include information related to the complaint.   Prior to submitting the citizen's complaint, notice was given by way of an attestation warning that stated "By clicking the

submit button I certify the statements in this form are true".

## THREATENING COMMUNICATIONS

3.      On or about the dates stated in the table below, in the Northern District of Oklahoma, and elsewhere, the defendant, **JEFFREY A. STEVENS**, using the following Internet Protocol (I.P.) address: 208.103.77.58, transmitted communications in interstate commerce from the State of Connecticut to the State of Oklahoma that contained the threats as described in the table below to injure law enforcement, judges, and criminal justice officials and their immediate families, to wit, the defendant, utilizing the Citizen Complaint form at https://www.tulsapolice.org/content/tpd-citizen-complaint.aspx, transmitted the following threatening communications:

| COUNT | DATE | TIME | I.P. ADDRESS | THREAT |
|-------|------|------|--------------|--------|
| ONE | 9/19/2016 | 6:18 p.m. | 208.103.77.58 | Threatened to injure by killing members of law enforcement |
| TWO | 9/20/2016 | 1:02 p.m. | 208.103.77.58 | Threatened to injure by executing and killing Tulsa Police Officer Betty Shelby, a Tulsa County District Judge, and prosecutors |
| THREE | 9/20/2016 | 4:28 p.m. | 208.103.77.58 | Threatened to injure by killing Tulsa Police Chief Chuck Jordan |
| FOUR | 9/22/2016 | 9:25 a.m. | 208.103.77.58 | Threatened to injure by killing Tulsa Police Officers, prosecutors, judges and their family members |
| FIVE | 9/22/2016 | 9:42 a.m. | 208.103.77.58 | Threatened to injure by killing members of Tulsa law enforcement, their families, wives, and children |
| SIX | 9/22/2016 | 10:01 a.m. | 208.103.77.58 | Threatened to injure by killing or burning to death a former Tulsa Police Chief and family |

| COUNT | DATE | TIME | I.P. ADDRESS | THREAT |
|-------|------|------|--------------|--------|
| SEVEN | 9/22/2016 | 10:09 a.m. | 208.103.77.58 | Threatened to injure Tulsa Police Officers and their children |
| EIGHT | 9/22/2016 | 10:15 a.m. | 208.103.77.58 | Threatened to injure by killing Tulsa law enforcement and/or citizens and children |
| NINE | 9/22/2016 | 10:34 a.m. | 208.103.77.58 | Threatened to injure the children of Tulsa law enforcement |
| TEN | 9/22/2016 | 4:37 p.m. | 208.103.77.58 | Threatened to injure by killing Tulsa Police Officer Betty Shelby, and other Tulsa Police Officers |

All in violation of Title 18, United States Code, Section 875(c).

DANNY C. WILLIAMS, SR.                    A TRUE BILL
UNITED STATES ATTORNEY


*/s/ Grand Jury Foreperson*
R. TRENT SHORES                           Grand Jury Foreperson
Assistant United States Attorney

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### Northern District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| JEFFREY ALLEN STEVENS | Case Number:      4:16CR00134–1 |
| | USM Number:      25080-014 |
| | William Patrick Widell, Jr. |
| | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to counts      One, Two, Three, Nine, and Ten of the Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the Court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Counts |
|---|---|---|---|
| 18 U.S.C. § 875(c) | Interstate Communication With Intent to Injure | 9/22/16 | 1,2,3,9, and 10 |

The defendant is sentenced as provided in this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Counts      Four through Eight of the Indictment      ☐ is      ☒ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

April 14, 2017
Date of Imposition of Judgment

*Claire V. Eagan*
Signature of Judge

Claire V. Eagan, United States District Court Judge
Name and Title of Judge

4-17-2017
Date

AO 245B    (Rev. 11/16) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:           Jeffrey Allen Stevens
CASE NUMBER:         4:16CR00134-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:      Twelve months as to Counts One, Two, Three, Nine, and Ten.  Said terms shall run concurrently, each with
                    the other.

☒    The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the Bureau of Prisons initially designate a federal medical center for a mental health evaluation and
treatment plan. Secondarily, the Court recommends that the defendant be placed in a facility that will allow him the opportunity
to participate in mental health treatment, as close to East Lyme, Connecticut, as possible.

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

   ☐    at _____  ☐ a.m.  ☐ p.m.  on _____ .

   ☐    as notified by the United States Marshal.

☒    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☒    before 2 p.m. on _____June 7, 2017_____ .

   ☒    as notified by the United States Marshal.

   ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

Case 4:16-cv-01346-Y Document 24 Filed in TXSD on 04/17/18 Page 3 of 8
Case 3:18-cr-00159-MPS   Document 1   Filed 08/01/18   Page 16 of 21

Judgment - Page **3** of **8**

By

_____
DEPUTY UNITED STATES MARSHAL

Case 4:16-cr-00134-DGK Document 40 Filed 12/06/17 Page 17 of 21
Case 3:18-cr-00159-MPS   Document 1   Filed 08/01/18   Page 17 of 21

Judgment - Page **4** of **8**

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
        Sheet 3 — Supervised Release

DEFENDANT:      Jeffrey Allen Stevens
CASE NUMBER:    4:16CR00134-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:   Three years as to each of Counts One, Two, Three, Nine and Ten.  Said terms shall run concurrently, each with the other.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐  The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☒  You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.   ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6.   ☐  You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Case 4:16-cr-00134-CVE Document 246 Filed in USDC ND/OK on 08/01/18 Page 18 of 21
Case 3:18-cr-00159-MPS   Document 1   Filed 08/01/18   Page 18 of 21

Judgment - Page **5** of **8**

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
       Sheet 3A — Supervised Release

DEFENDANT:        Jeffrey Allen Stevens
CASE NUMBER:      4:16CR00134-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.    You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.    After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.
3.    You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.    You must answer truthfully the questions asked by the probation officer.
5.    You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.    You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.    You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.    You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.    If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.   You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).
11.   You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.   If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.   You must follow the instructions of the probation officer related to the conditions of supervision.

.

Case 4:16-cr-00134-CVE Document 140 Filed in USDC ND/OK on 07/06/18 Page 19 of 21
Case 3:18-cr-00159-MPS   Document 1   Filed 08/01/18   Page 19 of 21
Judgment - Page **6** of **8**

AO 245B   (Rev. 11/16) Judgment in a Criminal Case
Sheet 3B — Supervised Release

DEFENDANT:       Jeffrey Allen Stevens
CASE NUMBER:     4:16CR00134-1

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit his person, residence, office or vehicle to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  The defendant shall abide by the "Special Computer Restriction Conditions" previously adopted by the Court,  as follows:
    a.  The defendant shall disclose all e-mail accounts, Internet connections and Internet connection devices, including screen names and passwords, to the probation officer; and shall immediately advise the probation officer of any changes in his or her e-mail accounts, connections, devices, or passwords.
    b.  The probation officer shall have authority to monitor all computer activity, to include all e-mail or Internet connections, to include but not limited to installation of remote monitoring software.  Unless waived by the probation officer, the cost of remote monitoring software shall be paid by the defendant.
    c.  The defendant shall not access any on-line service using an alias, or access  any on-line service using the Internet account, name, or designation of another person or entity; and report immediately to the  probation officer access to any Internet site containing prohibited material.
    d.  The defendant is prohibited from using any form of encryption, cryptography, stenography, compression, password-protected files or other methods that limit access to, or change the appearance of, data and/or images.
    e.  The defendant is prohibited from altering or destroying records of computer use, including the use of software or functions designed to alter, clean or "wipe" computer media, block monitoring software, or restore a computer to a previous state.
    f.  If instructed, the defendant shall provide all personal and business telephone  records and credit card statements to the probation officer.

3.  The defendant shall participate in a program of mental health treatment, to include inpatient, with a treatment provider and on a schedule approved by the probation officer.  The defendant shall waive any right of confidentiality in any records for mental health treatment to allow the probation officer to review the course of treatment and progress with the treatment provider.

## U.S. Probation Officer Use Only

A U.S Probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this Judgement containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions,* available at: www.uscourts.gov.

Defendant's Signature _____       Date _____

Case 4:16-cr-00134-CVE Document 141 Filed in USDC ND/OK on 07/08/18 Page 20 of 21
Case 3:18-cr-00159-MPS   Document 1   Filed 08/01/18   Page 20 of 21
Judgment - Page 7 of 8

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT:            Jeffrey Allen Stevens
CASE NUMBER:          4:16CR00134-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | **Assessment** | **JVTA Assessment\*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $500 ($100 as to each of Counts One, Two, Three, Nine, and Ten) | N/A | N/A | N/A |

☐   The determination of restitution is deferred until

An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐   Restitution amount ordered pursuant to Plea Agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the Judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

      ☐   the interest requirement is waived for the    ☐   fine    ☐   restitution.

      ☐   the interest requirement for the    ☐   fine    ☐   restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment - Page 8 of 8

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:       Jeffrey Allen Stevens
CASE NUMBER:     4:16CR00134-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑  Lump sum payment of $ __500__ due immediately, balance due

☐ not later than _____ , or

☐ in accordance with  ☐  C,  ☐  D,  ☐  E, or  ☐  F below; or

**B** ☐  Payment to begin immediately (may be combined with  ☐  C,  ☐  D, or  ☐  F below); or

**C** ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this Judgment; or

**D** ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 90 days)* after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise, if this Judgment imposes imprisonment, payment of criminal monetary penalties
is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) JVTA assessments, (8) penalties, and (9) costs, including cost of prosecution and court costs.